UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Olmedo Palaguachi,

    Debtor.

Case No 1-21-41642-ess

Chapter 13

-------------------------------------------------------------------x

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM2, Mortgage Pass-Through Certificates, Series 2006-FM2 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Sindi Mncina, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

Dated: July 2, 2021
Westbury, NY

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    900 Merchants Concourse, Suite 310
    Westbury, NY 11590
    Phone: (516) 280-7675
    Fax:    (516) 280-7674
    By: /s/ Sindi Mncina
    Sindi Mncina, Esquire

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In Re:

Olmedo Palaguachi,

    Debtor.

Case No 1-21-41642-ess

Chapter 13

-----------------------------------------------------------------x

# CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on July 2, 2021, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KARAMVIR DAHIYA
DAHIYA LAW OFFICES, LLC
75 MAIDEN LANE, SUITE 506
NEW YORK, NY  10038

OLMEDO PALAGUACHI
35-04 92ND STREET
JACKSON HEIGHTS, NY  11372

MARIANNE DEROSA
OFFICE OF THE CHAPTER 13 TRUSTEE
100 JERICHO QUADRANGLE
STE 127
JERICHO, NY  11753

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN OFFICE)
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014

Dated: July 2, 2021
Westbury, NY

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    900 Merchants Concourse, Suite 310
    Westbury, NY 11590
    Phone: (516) 280-7675
    Fax:    (516) 280-7674
    By: /s/ Sindi Mncina
    Sindi Mncina, Esquire