**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X   Case No. 21-41642-ESS

OLMEDO PALAGUACHI

                        Debtor

-----------------------------------------------------------X

### AFFIDAVIT OF SERVICE OF NOTICE OF MOTION TO STRIKE MILKY WAY II LLC 'S PROOF OF CLAIM 4-1 & THE AMENDED PROOF OF CLAIM 4- 2

The undersigned on April 10, 2022 emailed and as well as mailed a copy of the motion to strike the claim of Milky Way II LLC (Milky)'s Proof of Claim (Claim 4-1, 1), upon its counsel with the following address, email and mail with the postage prepaid :

wholeoffice@zimmlaw.com, brittanny@mzimmermanlaw.com
ZIMMERMAN LAW, P.C. Attorneys for Judgment Creditor MILKY WAY II, LLC
315 Walt Whitman Road, Suite 215
Huntington Station, New York 11746


Dated: April 10, 2022
New York New York

                                                                           /s/*karamvirdahiya*
                                                                           Karamvir Dahiya
                                                                      Dahiya Law Offices, LLC
                                                                75 Maiden Lane Suite 606
                                                                        New York New York
                                                                            Tel: 212 766 8000
                                                              Email: Karam@dahiya.law